USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
REYNALDO MATIAS,

                Plaintiff,                    **ORDER**

      -v-                                   20-CV-2325 (JLC)

THE UNITED STATES OF AMERICA,

                Defendant.
------------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      As discussed at today's conference, the Court will hold a bench trial on **October 13, 2021** on the issue of liability in Courtroom 21D, United States Courthouse, 500 Pearl Street, New York, New York.  The parties should consult the Court's website for any relevant COVID-19 protocol closer to the date of the trial.  The parties' findings of fact and conclusions of law and modified joint pretrial order are due on **August 31, 2021.**

      SO ORDERED.

Dated: July 22, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge