**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
REYNALDO MATIAS,

                      Plaintiff,

    -against-                                      20 **CIVIL** 2325 (JLC)

                                                               **JUDGMENT**

UNITED STATES OF AMERICA,

                      Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Findings of Fact and Conclusion of Law dated October 13, 2021, the Court closes by saying that this accident was unfortunate to say the least. The Court is sensitive to the fact that Mr. Matias alleges that he received significant injuries as a result of this accident. But not all accidents constitute negligence that is actionable as a matter of law. As a result of the Court's findings and conclusions, which the Court has read into the record and will docket, judgment is entered in favor of the Government; accordingly, the case is closed.

**Dated:** New York, New York

      October 13, 2021

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                         **BY:**     K. Mango

                                                        **Deputy Clerk**